# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Isaac M Johnson
      Dara L Broach
          Debtor(s)

Case No. 11 B 09843

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/09/2011.

2) The plan was confirmed on 05/23/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/31/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/08/2011, 09/28/2012, 09/19/2013.

5) The case was Converted on 10/15/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,346.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$22,346.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $967.77 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,741.77** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT Security Systems | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 111.73 | 111.73 | 0.00 | 0.00 |
| Applied Bank | Unsecured | 575.17 | NA | NA | 0.00 | 0.00 |
| Black Expressions | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 11,498.86 | 11,498.86 | 11,498.86 | 8,578.03 | 857.09 |
| Capital One Auto Finance | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Net | Unsecured | 584.93 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 113.75 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,046.80 | 2,822.55 | 2,822.55 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Eastside Lenders | Unsecured | 975.00 | 975.00 | 975.00 | 0.00 | 0.00 |
| Emp Of Cook County | Unsecured | 8.30 | NA | NA | 0.00 | 0.00 |
| Escallate | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 1,627.53 | 1,588.44 | 1,588.44 | 0.00 | 0.00 |
| Kenneth W Coffey DDS | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| La Rabida Children's Hospital | Unsecured | 235.60 | NA | NA | 0.00 | 0.00 |
| La Rabida Children's Hospital | Unsecured | 271.40 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 8,559.34 | 6,613.65 | 6,613.65 | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 50.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 336.78 | 390.60 | 390.60 | 0.00 | 0.00 |
| Payday One | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |
| Platinum Cash | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,571.87 | 1,716.53 | 1,716.53 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 918.45 | 827.60 | 827.60 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,795.68 | 1,867.07 | 1,867.07 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,076.20 | 1,237.96 | 1,237.96 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM Acquisitions LLC | Unsecured | NA | 121.88 | 121.88 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 13,696.92 | 13,547.96 | 13,547.96 | 9,109.55 | 1,059.56 |
| Santander Consumer USA | Unsecured | 13,696.92 | NA | NA | 0.00 | 0.00 |
| Smart Tuition | Unsecured | 506.11 | NA | NA | 0.00 | 0.00 |
| Smart Tuition | Unsecured | 1,844.45 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 27.48 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 8.38 | NA | NA | 0.00 | 0.00 |
| Texas Guaranteed Student Loan | Unsecured | 22,241.61 | 22,605.07 | 22,605.07 | 0.00 | 0.00 |
| Texas Guaranteed Student Loan | Unsecured | 8,330.07 | 8,442.10 | 8,442.10 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 24,000.00 | 29,639.14 | 29,639.14 | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 36.80 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 160.32 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 86.74 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 99.23 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 96.60 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 330.34 | NA | NA | 0.00 | 0.00 |
| US Bank Home Mortgage | Secured | 204,464.00 | 233,680.01 | 233,680.01 | 0.00 | 0.00 |
| Victoria Place Homeowners Association | Secured | 947.13 | 1,028.03 | 1,028.03 | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $259,754.86 | $17,687.58 | $1,916.65 |
| **TOTAL SECURED:** | **$259,754.86** | **$17,687.58** | **$1,916.65** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$80,709.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,741.77 |
| Disbursements to Creditors | $19,604.23 |
| **TOTAL DISBURSEMENTS** : | **$22,346.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/19/2013                         By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**